USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2026

SOUTHERN DISTRICT OF NEW YORK

HOTEL AND GAMING TRADES COUNSEL, AFL-CIO,

Plaintiff,

-against-

MARSHALL HOTELS & RESORTS, INC.,

Defendant.

1:25-cv-05891-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In the Joint Letter submitted to the Court on January 5, 2026, Defendant Marshall Hotels & Resorts, Inc. ("Marshall") indicated that it had issued a request for a waiver of service to Third-Party Defendants EBH 18 LLC, 3 Town Center Boulevard LLC and Friendwell Management (the "Third-Party Defendants"), but that the Third-Party Defendants had not at that time responded to Marshall's request.  [ECF No. 30] at 2–3.

Accordingly, it is hereby ORDERED that on or before February 17, 2026, Marshall shall submit to the Court an update on the status of its efforts to serve the Third-Party Defendants.

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

**SO ORDERED.**

**Date:  February 9, 2026**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge