**GT** **GreenbergTraurig**

Jerrold Goldberg
212-801-9209
goldbergj@gtlaw.com

March 12, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2026

Honorable Mary Kay Vyskocil
U. S. District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Hotel & Gaming Trades Council v. Marshall Hotels, etc., et al.
       Case No. 25-cv-5891 (MKV)

Dear Judge Vyskocil:

Our firm represents defendant-third party plaintiff Marshall Hotels & Resorts, Inc. ("Marshall") in the above-referenced action. Your Honor has scheduled a conference for April 9, 2026. That day is also the last day of the Jewish holiday of Passover, and Mr. Saltzman, counsel for the Union, and I are not available due to the holiday. Therefore we would request that the conference be rescheduled to another date. Thank you.

Respectfully,

Jerrold Goldberg

cc:    Barry Saltzman, Esq., Attorney for Plaintiff

       David McTaggart, Esq, Attorney for Third Party Defendants EBH 18, LLC and 3 Town Center Boulevard LLC

       Samantha Holleritter, Esq., Attorney for Third Party Defendant Friendwell Management Group LLC

**Granted. SO ORDERED.**
The conference previously scheduled in this matter for April 9, 2026, is hereby ADJOURNED to April 24, 2026, at 2:00 PM.

Date: 3/13/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

Greenberg Traurig, LLP | Attorneys at Law
900 Stewart Avenue | 5th Floor | Garden City, NY 11530 | T +1 516.629.9600
ADMIN 700338855v3

www.gtlaw.com